```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| LACHELLE WATSON, | : |
| | :    CIVIL ACTION |
|     Plaintiff, | :    NO. 19-1027 |
| | : |
|     v. | : |
| | : |
| DREXEL UNIVERSITY | : |
| | : |
|     Defendant. | : |

### ORDER

**AND NOW**, this **28th** day of **September, 2020,** after considering Defendant's Motion for Summary Judgment (ECF No. 21) and Plaintiff's response thereto (ECF No. 27) and holding a hearing with counsel for the parties, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 21) is **GRANTED**. Judgment shall be **ENTERED** in favor of Defendant and against Plaintiff.

      **AND IT IS SO ORDERED.**

                                      */s/ Eduardo C. Robreno*
                                      **EDUARDO C. ROBRENO, J.**